```
                      ___ FILED    ___ LODGED
                      ___ RECEIVED ___ COPY

                           NOV 27 1998

                      CLERK U S DISTRICT COURT
                        DISTRICT OF ARIZONA
                      BY                 DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MELVIN BERNARD COLEY, | CV 91-380-TUC-WDB |
| Petitioner, | |
| v. | **ORDER** |
| DAVID GONZALES, et al., | |
| Respondent, | |

Pending before the Court is Petitioner's July 16, 1998, Motion for Enlargement of Time to File a Motion for Rehearing [Doc. #71]. On June 18, 1998, this Court denied Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Judgment was issued on June 19, 1998. On November 10, 1998 the Ninth Circuit Court of Appeals affirmed this judgment.

Accordingly,

IT IS ORDERED that all pending motions are **DISMISSED** as moot.

DATED this 28 day of November, 1998.

WILLIAM D. BROWNING
SENIOR UNITED STATES DISTRICT JUDGE

